IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 16-cv-00701-CBS

GILBERT D. DAVIS,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, ET AL.

        Defendants.

## ORDER

Magistrate Judge Shaffer

    This matter comes before the court on the "Motion to Restrict Access or to Amend Complaint." (Doc. 4). Having reviewed the Motion, and being fully advised in the premises, the court hereby GRANTS the Motion.

    Accordingly, IT IS ORDERED that Plaintiff's unredacted Complaint (Doc. 1) shall be restricted under Level 1 restriction.

    DATED at Denver, Colorado, this 4th day of April, 2016.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              United States Magistrate Judge